**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | No. C 11-03394 CRB<br><br>**ORDER TO SHOW CAUSE RE JURISDICTION** |

    Plaintiffs filed this mortgage related action on July 11, 2011 and on July 20, 2011 filed an Ex Parte Application for TRO and OSC re Preliminary Injunction. Dkts. 1, 5. Plaintiffs seek a temporary restraining order and preliminary injunction preventing a trustee sale scheduled for July 25, 2011.

    Plaintiffs' only federal claim is brought under 15 U.S.C. § 1641(g) and is directed against Defendant U.S. National Bank Association. Compl. (dkt. 1) ¶¶ 154-169. The Court is concerned that it lacks jurisdiction over this matter because 15 U.S.C. § 1641(g) applies only to creditors, and Plaintiffs allege that U.S. Bank is a trustee. Id. ¶¶ 13, 20; see Salmo v. PHH Mortg. Corp., No. CV 11–1582 ODW (PJWx), 2011 WL 2682151, at *3 (C.D. Cal. July 11, 2011) ("In its capacity as trustee, however, U.S. Bank is not a creditor within the context of TILA. Specifically, U.S. Bank is 'not the person to whom the debt arising from the transaction is initially payable.' 15 U.S.C. § 1602(f). As such, U.S. Bank has no statutory duty to provide notice to Plaintiff under § 1641(g)."). Further, Plaintiffs assert that U.S.

1  Bank has no rights under the Note or Deed of Trust, meaning that U.S. Bank would not have
2  an obligation under § 1641(g) to make any disclosures.
3      Plaintiffs shall file a brief setting forth the bases for this Court's jurisdiction under
4  section 1641(g) by 12:00 p.m. on Friday, July 22, 2011.  The brief shall not exceed 5 pages.[1]
5  **IT IS SO ORDERED.**

Dated: July 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] In light of the pending trustee sale, the Court notes that Plaintiffs are of course free to proceed on their state claims in state Court. Should they choose to do so, they should notify this Court if they wish to withdraw their Complaint in this action.