**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq. SBN 136857
Deborah P. Gutierrez, Esq. SBN. 240383
Hazel S. Chu, Esq. SBN 271840
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone:  (310) 893-6200
Facsimile:   (310) 988-2930
Email: deborah@prosperlaw.com

Attorneys for Plaintiffs,
Keith D. and Susan Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH D. WILSON, an individual, and SUSAN WILSON, an individual, as trustees for the WILSON FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NA; US BANK AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR10; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. CV-11-03394 CRB<br><br>**PROSPER LAW GROUP, LLP'S REQUEST TO HAVE TANMAY P. MISTRY REMOVED AS COUNSEL OF RECORD FOR PLAINTIFFS**<br><br>Judge:  Hon. Charles R. Breyer |

PROSPER LAW GROUP, LLP'S REQUEST TO HAVE TANMAY P. MISTRY REMOVED AS COUNSEL OF RECORD FOR PLAINTIFFS

-1-

Prosper Law Group, LLP, Counsels of Record for Plaintiffs Keith D. Wilson and Susan Wilson (hereinafter "Plaintiffs") hereby requests that this Court remove Tanmay P. Mistry as Counsel of Record for Plaintiffs.

Mr. Mistry is no longer allowed to practice law in the State of California, and thus cannot be an attorney for Plaintiffs. Attached hereto as Exhibit A is a true and correct copy of the California State Bar's Attorney Search, which shows that Mr. Mistry is not eligible to practice law in the State of California.

Dated: October 12, 2011

PROSPER LAW GROUP, LLP

By: /s/ Deborah P. Gutierrez
Gordon F. Dickson
Deborah P. Gutierrez
Hazel S. Chu
Attorneys for Plaintiffs,
Keith D. and Susan Wilson

October 19, 2011



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**EXHIBIT A**

# THE STATE BAR OF CALIFORNIA

Wednesday, October 12, 2011

## ATTORNEY SEARCH

### Tanmay Pramod Mistry - #251425

### Current Status: Not eligible to practice law (Not Entitled)

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | | |
|---|---|---|---|---|
| **Bar Number:** | 251425 | | | |
| **Address:** | 3264 Heather Field Dr Hacienda Heights, CA 91745  Map it | **Phone Number:** | (213) 321-9994 | |
| | | **Fax Number:** | Not Available | |
| | | **e-mail:** | tanmay.mistry@gmail.com | |
| **County:** | Los Angeles | **Undergraduate School:** | Univ of Southern Calif; Los Angeles CA | |
| **District:** | District 7 | | | |
| **Sections:** | None | **Law School:** | Southwestern Univ SOL; Los Angeles CA | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Not Eligible To Practice Law |
| 9/15/2011 | Not Eligible To Practice Law |
| 12/3/2007 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

| Effective Date | Description | Case Number | Resulting Status |
|---|---|---|---|

**Disciplinary and Related Actions**

Overview of the attorney discipline system.

| | | | |
|---|---|---|---|
| 9/15/2011 | Ordered inactive | 09-O-17073 | Not Eligible To Practice Law |

**Administrative Actions**

This member has no public record of administrative actions.

Copies of official attorney discipline records are available upon request.

Explanation of common actions

Case 3:11-cv-03394-CRB    Document 32    Filed 10/17/11    Page 5 of 75

# State Bar Court Cases

**NOTE:** *The State Bar Court began posting public discipline documents online in 2005. The format and pagination of documents posted on this site may vary from the originals in the case file as a result of their translation from the original format into Word and PDF. Copies of additional related documents in a case are available upon request. Only Opinions designated for publication in the State Bar Court Reporter may be cited or relied on as precedent in State Bar Court proceedings. For further information about a case that is displayed here, please refer to the State Bar Court's online docket, which can be found at:* http://apps.statebarcourt.ca.gov/dockets/dockets.aspx

**DISCLAIMER:** *Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The attorney is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.*

| Effective Date | Case Number | Description |
| --- | --- | --- |
| Pending | 09-O-17073 | Decision [PDF] [WORD] |

Start New Search »