Deborah P. Gutierrez, Esq. SBN 240633
Prosper Law Group, LLP
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone: (310) 893-6200
Fax: (310) 988-2930
E-mail: deborah@prosperlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILSON <br><br> Plaintiff(s) <br><br> v. <br><br> WELLS FARGO BANK, N.A., ET AL. <br><br> Defendant(s). | CASE NUMBER: <br> CV-11-03394-CRB <br><br><br> **ORDER RE: REQUEST TO APPEAR TELEPHONICALLY** |

The Court, having considered the Plaintiffs Request to Appear Telephonically filed in conjunction with this order, **ORDERS THAT:**

☒ The Plaintiffs Request to Appear Telephonically at the Defendant's Motion to Dismiss the First Amended Complaint is granted.

Dated:___October 20, 2011_____

_____
United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer