Deborah P. Gutierrez, Esq. SBN 240633
Prosper Law Group, LLP
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone: (310) 893-6200
Fax: (310) 988-2930
E-mail: deborah@prosperlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILSON<br><br>Plaintiff(s)<br>v.<br><br>WELLS FARGO BANK, N.A., ET AL.<br>Defendant(s). | CASE NUMBER:<br>CV-11-03394-CRB<br><br><br><br>ORDER RE: REQUEST TO APPEAR<br>TELEPHONICALLY |

The Court, having considered the Plaintiffs Request to Appear Telephonically filed in conjunction with this order, **ORDERS THAT:**

[X] The Plaintiffs Request to Appear Telephonically at the Defendant's Motion to Dismiss the First Amended Complaint is granted.


Dated:___October 20, 2011_____

_____
United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer