IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH WILSON,

    Plaintiff,

  v.

WELLS FARGO BANK, ET Al.,

    Defendants.

No. C 11-03394 CRB

**ORDER GRANTING MOTION TO DISMISS**

For the reasons stated in open court, the Court hereby orders as follows:

1. The claim for declaratory relief is DISMISSED without prejudice.
2. The negligence claim is DISMISSED without prejudice.
3. The quasi contract claim is DISMISSED without prejudice.
4. The claim under 15 U.S.C. § 1641(g) is DISMISSED WITH PREJUDICE.
5. The claim under 15 U.S.C. § 2605 is DISMISSED WITH PREJUDICE.
6. The claim under 15 U.S.C. § 1692(e) *et seq.* is DISMISSED WITH PREJUDICE.
7. The claim under California Business and Professions Code § 17200 is DISMISSED without prejudice.

//

//

8. The claim for accounting is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: November 3, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE