IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK ET AL.,<br><br>    Defendants. | No. C 11-03394 CRB<br><br>**JUDGMENT** |

    Having granted Defendants' motion to dismiss, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: November 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE