1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KEITH WILSON,                              No. C 11-03394 CRB

12            Plaintiff,                        **JUDGMENT**

13      v.

14   WELLS FARGO BANK ET AL.,

15            Defendants.
     _____/

16

17        Having granted Defendants' motion to dismiss, the Court hereby enters judgment for

18   Defendants and against Plaintiff.

19        **IT IS SO ORDERED.**

20

21

22   Dated: November 21, 2011                   _____
                                                CHARLES  R. BREYER
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California