United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK ET AL.,<br><br>　　　　Defendants.<br>_____ / | No. C 11-03394 CRB<br><br>**DISBURSEMENT ORDER** |

　　　Keith D. Wilson, a party in the above-entitled case, seeks payment of $1,000.00 currently held in the court's registry account.  See Letter (dkt. 49).  Based on his application and supporting documentation, it appears that Mr. Wilson is entitled to those funds along with any interest earned.  So, pursuant to 28 U.S.C. § 2042, the Court ORDERS that Mr. Wilson be allowed to withdraw the deposited funds and interest earned from the Court's registry.

　　　**IT IS SO ORDERED.**

　　　Dated: February 22, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE